UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEUROLOGICAL SURGERY, P.C.,

                    Plaintiff,

    -against-

AETNA HEALTH INC. and AETNA HEALTH
INSURANCE COMPANY OF NEW YORK,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE**

Docket No. 18 Civ. 2167 (JMA) (GRB)

    **IT IS HEREBY STIPULATED** that the claims against Defendants Aetna Health Inc.
and Aetna Health Insurance Company of New York, are voluntarily dismissed without prejudice
and without costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This
stipulation may be entered by the Clerk of the Court without further Order.

Dated: September 5, 2018

SPRAGUE & SPRAGUE

By: _____
    Jordann R. Conaboy
    *Attorneys for Defendants*
The Wellington Building – Suite 400
139 South 19th Street
Philadelphia, Pennsylvania 19103

Dated: September 5, 2018

GARFUNKEL WILD, P.C.

By:    */s/ Roy W. Breitenbach*
    Roy W. Breitenbach
    Colleen M. Tarpey
    Marc A. Sittenreich
    *Attorneys for Plaintiff*
111 Great Neck Road, Suite 600
Great Neck, New York 11021
(516) 393-2200

5004355v.1